Scott W. Wellman, SBN: 82897
Christopher Wellman, SBN: 304700
**WELLMAN & WARREN LLP**
24411 Ridge Route, Suite 200
Laguna Hills, CA  92653
Tel:  (949) 580-3737
Fax: (949) 580-3738

Attorneys for Plaintiff,
Eaconomy, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EACONOMY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AUVORIA PRIME LLC, a Wyoming Limited Liability Company, SAL LETO, an individual, VANESSA LETO, an individual, WILLIAM (BILL) WYNNE, an individual, KAREEM MARADONA, an individual, TYLER MACKECHNIE, an individual, SARAH WALDROP, an individual, DONTA LEWIS, an individual, MICHAEL MANUEL, an individual, DARIK ALEXANDER, an individual, CAMERON KERKAR, an individual, CASEY HOLLADAY, an individual, KANOA NARTATEZ, an individual, and BOLT CAPITAL, a Nevis Company, OMAR LOPEZ, an individual, MAURICE KATZ, an individual, JOSHUA PHAIR, an individual<br><br>Defendants. | Case No. 1:20:cv-00423<br>Assigned for all purposes to:<br>Judge:   Dale A. Drozd<br><br>**STIPULATED RESTRAINING ORDER**<br><br>Complaint Filed:   March 23, 2020 |

Plaintiff, Eaconomy, LLC, and defendants, Auvoria Prime LLC and Sal Leto, by and through their respective attorneys, do hereby agree and stipulate as follows:

1. Plaintiff Eaconomy, LLC ("Eaconomy") has filed this action against, among others, defendants Auvoria Prime LLC ("Auvoria Prime") and Sal Leto ("Leto").

-1-
STIPULATED RESTRAINING ORDER

Leto is the former Vice-President of Operations of Eaconomy and is now an officer of Auvoria Prime.

2. The action alleges, and defendants dispute, that the defendants have engaged in wrongdoing, including, but not limited to, misappropriating the trade secrets of Eaconomy, interfering with Eaconomy's contractual relationships with its distributors (known as ISPs), and engaging in unfair business practices. The action further alleges the following:

   a. Eaconomy is in the business of selling and licensing software programs that allows the user, after setting certain discretionary criteria, to trade in the FOREX markets (*i.e.* the foreign currency exchange markets).  Eaconomy uses the "network marketing" model (also known as the multi-level marketing or MLM model) to distribute its software products.

   b. Network marketing companies, such as Eaconomy, market and distribute their products through a network of independent distributors. In Eaconomy's business, the independent distributors are called an ISP which stands for "Independent Software Partner." A distributor can earn commissions on the sale of products by it, as well as the sale of products of those distributors aligned in multiple levels beneath the distributor (hence the name multi-level marketing). The distributors aligned below any distributor is known as that distributor's "downline."

   c. The database consisting of the list of distributors, their rank, their contact information, their payment history, their product order history, their pricing history, their customer contact information, their bonus history as well as other information is a prime asset of Eaconomy and are kept on Eaconomy's computerized servers with restricted access.  Access to this database can only be achieved through a password.  In other words, the list of distributors (which includes their contact information) is akin to a customer list and is maintained in confidence.

    d. Eaconomy goes to extensive lengths to maintain the secrecy of its data base. Not only is access to the computerized base strictly controlled, but any distributor must agree to Eaconomy's policies and procedures, which specifically state that the distributor list constitutes a proprietary asset of Eaconomy.

    e. In addition, each distributor, prior to becoming a distributor, expressly agrees to maintain the confidentiality of Eaconomy's proprietary information and to abide by the following written policy:

**Downline Genealogy Reports**

The Eaconomy Downline Genealogy Reports are confidential and contain proprietary business trade secrets. An ISP may not use the reports for any purpose other than for developing their Eaconomy business. During any term of the ISP User Agreement and for a period of five (5) years after the termination or expiration of the ISP User Agreement between Independent Sales Associate and Eaconomy, for any reason whatsoever, an ISP shall not, on his/her own behalf or on behalf of any other person, partnership, association, corporation, or other entity: disclose any information contained in the reports to any third party; use the reports to compete with Eaconomy or recruit or solicit any ISP or Customer listed on the reports to participate in other multi-level marketing ventures. This provision shall survive the termination or expiration of this Agreement.

    f. The distributors also expressly agree to not use Eaconomy's proprietary information about its sales organization to compete either directly or indirectly with the company.

    g. The Eaconomy agreement with its distributors further states as follows:

**Unauthorized Recruiting**

As an independent contractor, ISP's may participate in other direct selling or network marketing or multi-level marketing ventures (collectively, "multi-level marketing"), and ISP's may engage in selling activities related to non-eaconomy products and services if they desire to do so. Although an ISP may elect to participate in another multi-level marketing opportunity, he/she is prohibited from unauthorized recruiting activities, which include the following: recruiting or enrolling Eaconomy customers or ISP's for other multi-level marketing business ventures, either directly or through a third party. This includes, but is not limited to, presenting or assisting in the presentation of other multi-level marketing business ventures to any Eaconomy Customer or ISP, or implicitly or explicitly encouraging any Eaconomy Customer or ISP to join other business ventures. It is a violation of this policy to recruit or enroll a Eaconomy Customer or ISP for another multi-level marketing business, even if the ISP does not know that the prospect is also an Eaconomy Customer or ISP; producing any literature, tapes, or promotional material of any nature for another multi-level marketing business which is used by the ISP or any third person to recruit Eaconomy Customers or ISP for that business venture; selling, offering to sell, or promoting any competing products or services to Eaconomy Customers or ISP. The

only exception to this rule is that direct customer and personal enrollees of the ISP can be exposed to a product or service (first level, personally sponsored only). Eaconomy may cancel the ISP's agreement for violations to this provision. In addition, when an ISP participates in other multi-level marketing ventures, the ISP may not participate in any Eaconomy leadership meetings, conferences, qualification seminars, and the like.

    h.   Eaconomy further alleges, and defendants dispute, that the defendants improperly and unlawfully recruited its distributors to join Auvoria Prime and are still engaging in such improper activity.

3. On April 6, 2020, Eaconomy filed an ex parte motion for a temporary restraining order ("Motion"). The Motion requested an order that, among other things, prohibited Auvoria Prime and Mr. Leto from contacting, soliciting and/or recruiting Eaconomy's ISP's into Auvoria Prime. Defendants filed an opposition to the Motion on April 9, 2020.

4. On April 16, 2020, the Court ordered that an evidentiary hearing on the Motion would take place on April 17, 2020. The parties thereafter negotiated the terms of this stipulated restraining order to resolve the Motion, and the hearing on the Motion was taken off calendar.

5. The Defendants dispute the facts asserted by Eaconomy that support this order and nothing herein shall prejudice either parties' right to prosecute or defend the merits of this action.

6. Based on the above, Eaconomy and defendants Auvoria Prime and Leto have agreed to the following restraining order:

**ORDER**

Defendants Auvoria Prime, LLC, and Sal Leto shall NOT, directly or in active concert with anyone else, knowingly recruit, sponsor or solicit any existing Eaconomy, LLC distributor (known as an ISP) or customer to join Auvoria Prime, LLC as a distributor or customer. This prohibition shall not apply to (i) a distributor's personally sponsored downline at Eaconomy, or (ii) ISPs who, without solicitation, seek to join Auvoria Prime, LLC. Within 48 hours of entry of this Order, Auvoria Prime, LLC shall notify, in writing, each of its distributors of this prohibition by email. This

prohibition shall remain in effect until the case is dismissed or otherwise modified by court order. Nothing herein is intended to resolve whether, for purposes of this prohibition, any distributor or other person constitutes someone acting "in active concert" with Auvoria Prime, LLC or Sal Leto.

### SERVICE OF THIS ORDER

It is further ordered that service of this Order on Auvoria Prime and Leto shall be deemed complete at such time as it is emailed to the Chris Polychron, Esq., attorney for Auvoria Prime and Leto at the following email address: cpolychron@coastlawgroup.com.

DATED: April 20, 2020        **WELLMAN & WARREN**

By:    ___/s/ Scott Wellman_____
SCOTT WELLMAN
Attorneys for Plaintiff

DATED: April 20, 2020        **COAST LAW GROUP, LLP**

By:    _/s/ Chris Polychron_____
CHRIS POLYCHRON
Attorneys for Defendants,
Auvoria Prime and Sal Leto

**The court hereby adopts the above orders as the orders of this court.**

IT IS SO ORDERED.

Dated:   **April 20, 2020**                                  _____
UNITED STATES DISTRICT JUDGE