UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EACONOMY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AUVORIA PRIME, LLC, a Wyoming Limited Liability Company, et al.,<br><br>Defendants. | Case No. 1:20-cv-00423-NONE-BAM<br><br>**ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. No. 44) |

Pursuant to the parties' stipulation filed on June 9, 2020, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The deadline for the parties to file their Joint Scheduling Report shall be continued to July 17, 2020;

2. The Initial Scheduling Conference is continued to **August 5, 2020, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**: and

3. The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; passcode 3219139**.

IT IS SO ORDERED.

Dated: __**June 10, 2020**__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1