UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EACONOMY, LLC, | Case No. 1:20-cv-00423-DAD-BAM |
| Plaintiff, | ORDER GRANTING SECOND STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| AUVORIA PRIME, LLC, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties filed on June 17, 2020, and in light of the Motion to Dismiss currently pending before District Judge Dale A. Drozd (*see* Doc. No. 51), and to accommodate the Court's calendar, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from 8/5/2020 to **September 23, 2020 at 9:00 AM in Courtroom 8 (BAM) before the undersigned.** A Joint Scheduling Report shall be filed at least one (1) week prior to the conference. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:   **July 21, 2020**                    */s/ Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

1