Scott W. Wellman, SBN: 82897
Christopher Wellman, SBN: 304700
**WELLMAN & WARREN LLP**
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
Fax: (949) 580-3738

Attorneys for Plaintiff,
Eaconomy, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EACONOMY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AUVORIA PRIME LLC, a Wyoming Limited Liability Company, SAL LETO, an individual, VANESSA LETO, an individual, WILLIAM (BILL) WYNNE, an individual, TYLER MACKECHNIE, an individual, DARIK ALEXANDER, an individual, and BOLT CAPITAL, a Nevis Company, JOSHUA PHAIR, an individual<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00423<br>Assigned for all purposes to:<br>Judge: Dale A. Drozd<br>Magistrate Judge: Barbara A. McAuliffe<br><br><u>ORDER RE STIPULATION TO CONTINUE PLAINTIFF'S RESPONSE TO DEFENDANT JOSHUA PHAIR'S MOTION TO DISMISS</u><br><br>Complaint Filed: March 23, 2020 |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The deadline for Plaintiff's Response shall be continued to August 3, 2020.

2. The deadline for Defendant's Reply shall be continued to August 10, 2020.

/////

/////

-1-
**ORDER RE STIPULATION TO CONTINUE PLAINTIFF'S RESPONSE TO DEFENDANT JOSHUA PHAIR'S MOTION TO DISMISS**

3. In accordance with the Standing Order Re Judicial Emergency issued March 23, 2020 (Doc. No. 3-2), the motion will be decided on the papers pursuant to Local Rule 230(g) and no hearing will be held.

4. The parties are cautioned that civil cases in this District are experiencing extraordinary delays.  All parties are welcome to reconsider magistrate judge consent.

IT IS SO ORDERED.

Dated:   **July 21, 2020**                               *Dale A. Drozd*
                                                  UNITED STATES DISTRICT JUDGE